1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  COLIN SAMPSON (CABN 249784)
   Assistant United States Attorney
5
   CHARLES A. O'REILLY (CABN 160980)
6  Trial Attorney, Tax Division
     450 Golden Gate Ave., Box 36055
7    San Francisco, CA 94102
     Telephone:  (415) 436-7020
8    Facsimile:  (415) 436-7009
     Email:        colin.sampson@usdoj.gov
9

10

11
                      UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND DIVISION
14

15
       UNITED STATES OF AMERICA,              Case No. 4:17-cr-00191-JST
16
              Plaintiff,                      STIPULATION TO CONTINUE
17                                            STATUS HEARING
                     v.
18                                            Date:      October 26, 2018
       SHARON RINGGENBERG,                    Time:      9:30 AM
19                                            Place:     Courtroom 2, 4th Floor
              Defendant.                                 Oakland Courthouse
20

21

22         On February 9, 2018, the Court held a status conference in *United States v. Kenneth Taylor, et

23  al.*, at which the Court scheduled a pretrial conference for October 26, 2018 at 1:30 p.m., with trial to

24  commence November 5, 2018.

25         On August 10, 2018, Defendant Sharon Ringgenberg entered her guilty plea to Counts One, Two

26  and Three of the Indictment. The Court accepted Defendant's pleas and adjudged her guilty of the

27  offenses. The Court set a status conference for October 26, 2018 at 9:30 AM.

28

    Case No. CR 17-CR-00191 JST                      1

1       By order dated October 10, 2018, the Court set an evidentiary hearing on Defendant Taylor's

2 motion to suppress for November 9, 2018 at 1:30 p.m. On October 12, 2018, Defendant Craig Scott

3 entered his guilty plea to Count One of the Indictment. On that same date, the Court rescheduled the

4 pretrial conference date to March 15, 2019, and the trial date to April 1, 2019. The Court also scheduled

5 a further status conference with respect to Defendant Taylor to be held on November 9, 2018 during the

6 previously set hearing. The Court excluded time through November 9, 2018.

7       It is hereby stipulated by and between Plaintiff, the United States of America, and

8 Defendant Sharon Ringgenberg, through her counsel, that the status conference scheduled for

9 October 26, 2018 at 9:30 AM be rescheduled to January 25, 2019.

10                                    Respectfully submitted,

11

12 Dated: October 25, 2018                      */s/ Colin Sampson*
                                                COLIN SAMPSON

13                                                 Assistant United States Attorney

14

15 Dated: October 25, 2018                      */s/ Joshua Hill*
                                                JOSHUA HILL, JR.

16                                                 Attorney for Defendant Sharon Ringgenberg

17

18

19

20

21

22

23

24

25

26

27

28

1                                    **[PROPOSED] ORDER**

2         Pursuant to the Stipulation of the United States of America and Defendant Sharon

3 Ringgenberg, and for good cause shown therein:

4         IT IS ORDERED THAT the status hearing is rescheduled to January 25, 2019, at

5 9:30 AM in Oakland.

6         IT IS SO ORDERED.

7

8

9 Dated:  <u>October 25, 2018</u>

10                               THE HONORABLE JON S. TIGAR
                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CR 17-CR-00191 JST