1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  COLIN C. SAMPSON (CABN 249784)
   Assistant United States Attorney
5  CHARLES A. O'REILLY (CABN 160980)
   Trial Attorney, Tax Division
6
       450 Golden Gate Ave., Box 36055
7      San Francisco, CA 94102
       Telephone: (415) 436-7020
8      Facsimile: (415) 436-7009
       Email:     colin.sampson@usdoj.gov
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:17-cr-00191-JST |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING |
| v. | |
| SHARON RINGGENBERG, | Date: January 25, 2019 |
| Defendant. | Time: 9:30 AM |
| | Place: Courtroom 2, 4th Floor Oakland Courthouse |

On February 9, 2018, the Court held a status conference in *United States v. Kenneth Taylor, et al.*, at which the Court scheduled a pretrial conference for October 26, 2018 at 1:30 p.m., with trial to commence November 5, 2018.

On August 10, 2018, Defendant Sharon Ringgenberg entered her guilty plea to Counts One, Two and Three of the Indictment. The Court accepted Defendant's pleas and adjudged her guilty of the offenses. The Court set a status conference for October 26, 2018 at 9:30 AM.

By order dated October 10, 2018, the Court set an evidentiary hearing on Defendant Taylor's motion to suppress for November 9, 2018 at 1:30 p.m. On October 12, 2018, Defendant Craig Scott entered his guilty plea to Count One of the Indictment. On that same date, the Court rescheduled the pretrial conference date to March 15, 2019, and the trial date to April 1, 2019. The Court also scheduled a further status conference with respect to Defendant Taylor to be held on November 9, 2018 during the previously set hearing. The Court excluded time through November 9, 2018.

Subsequent to the November 9, 2018 suppression hearing, the Court set the trial date for April 1, 2019 and allowed additional briefing on the suppression motion, which concluded on January 4, 2019. On January 22, 2019, the Court issued an order denying Defendant Kenneth Taylor's motion to suppress. Defendant Kenneth Taylor has a pretrial conference scheduled for March 15, 2019, at 2:00 p.m., with trial scheduled to commence on April 1, 2019.

As a result of the continuance of the trial and pretrial hearing against the remaining defendant, counsel for the government and for Defendant Sharon Rinngenberg hereby stipulate and agree that the status conference scheduled for January 25, 2019 at 9:30 AM be rescheduled to March 15, 2019.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: January 23, 2019

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

Dated: January 23, 2019

*/s/ Joshua Hill*
JOSHUA HILL, JR.
Attorney for Defendant Sharon Ringgenberg

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the United States of America and Defendant Sharon Ringgenberg, and for good cause shown therein:

IT IS ORDERED THAT the status hearing scheduled for January 25, 2019, is rescheduled to March 15, 2019, at 9:30 AM in Oakland.

IT IS SO ORDERED.

Dated: January 24, 2019



THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Case No. CR 17-CR-00191 JST