JOSHUA HILL, JR. (CA SBN 250842)
JHill@mofo.com
DINA ROUMIANTSEVA (CA SBN 300576)
DRoumiantseva@mofo.com
JOSHUA A. KORR (CA SBN 304577)
JKorr@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SHARON RINGGENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARON RINGGENBERG,<br><br>Defendants. | Case No. CR 17-00191-JST-2<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT SHARON RINGGENBERG TO TRAVEL** |

Defendant, Sharon Ringgenberg, by her counsel Morrison & Foerster LLP, and the United States, by its counsel Assistant United States Attorney Colin Sampson, hereby stipulate and agree that defendant may travel out of the Northern District of California in order to attend a family gathering and trip on a Disney Fantasy Cruise and to Disney World starting May 10, 2019 through May 21, 2019. Due to health reasons, Ms. Ringgenberg's sister and brother-in-law have invited her on this trip and are paying for her attendance.

The group will depart out of San Francisco International Airport and arrive in Orlando, Florida, in the Middle District of Florida on Friday, May 10, 2019, and will return to San Francisco International Airport on Tuesday, May 21, 2019. On May 11, 2019, the family will board a Disney Fantasy Cruise ship in Port Canaveral, Florida, which will travel in the Western

Caribbean for seven days with port calls at Cozumel/Grand Cayman/Falmouth, Jamaica, and Castaway Cay in the Bahamas. The family will return to Orlando, Florida on Friday, May 18, 2019 to spend three days at Disney World, also in Orlando Florida until Tuesday, May 21, 2019. The parties agree that Ms. Ringgenberg's passport may be released from pretrial services so that Ms. Ringgenberg may apply for renewal of her expiring passport in advance of the planned travel. Ms. Ringgenberg will surrender the renewed passport to pretrial services within 72 hours of returning to the Northern District of California.

Ms. Ringgenberg has advised her pretrial services officer, Brad Wilson, of her itinerary, and he does not object. Counsel for the government agrees that the above-described travel bay be taken by defendant on the condition that it not interfere with her participation at trial, which is currently scheduled to be concluded before the proposed travel.

Dated: February 1, 2019

*/s/ Joshua Hill*
JOSHUA HILL, JR.
Attorney for Defendant Sharon Ringgenberg

Dated: February 1, 2019

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

# ORDER

Based on the stipulation between the parties in this case, and good cause showing, IT IS ORDERED that Defendant Sharon Ringgenberg may travel out of the Northern District of California to the Middle District of Florida and Mexico, the Cayman Islands, Jamaica and the Bahamas by ship, from May 10, 2019 through May 21, 2019. Pretrial Services shall release Ms. Ringgenberg's passport so that she may apply for renewal of her passport in advance of the travel. Ms. Ringgenberg shall surrender any renewed U.S. passport to Pretrial Services, which shall release the passport to her no more than one week before the May 10, 2019 travel. Ms. Ringgenberg will surrender her passport to pretrial services within 72 hours of her return from the Northern District of California. Should any change in trial schedule occur, the parties are ordered to submit a status report or stipulation related to its impact on the proposed travel.

IT IS SO ORDERED.

Dated: February 4, 2019

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Case No. CR 17-00191-JST-2